**Motion Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00078-CV

---

## IN RE SAMANTHA PERRY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-12087A**

---

## MEMORANDUM OPINION

On January 27, 2014, relator Samantha Perry filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable James Lombardino, presiding judge of the 308th District Court of Harris County, to vacate an order denying relator's motion to dismiss the underlying litigation. Also on January 27, 2014, relator filed a motion for emergency stay, requesting that this

Court stay the underlying proceedings pending disposition of the petition for writ of mandamus. *See* Tex. R. App. P. 52.10. This Court denied the motion to stay on January 28, 2014.

On January 31, 2014, relator filed a motion to dismiss her petition. We grant the motion and dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Boyce, Christopher, and Brown.